**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Rodger Joseph Gingco <br> <u>Debtor</u> | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust <br> <u>Movant</u> <br> vs. | NO. 1:14-bk-02837 MDF |
| Rodger Joseph Gingco <br> <u>Debtor</u> <br> Charles J. DeHart, III Esq. <br> <u>Trustee</u> | Nature of Proceeding: Motion for Relief |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a second request for a continuance.

Reason for the continuance; <u>both parties are attempting settlement via stipulation with arrears to included in an amended chapter 13 plan.</u>

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: December 12, 2016    **/s/ Thomas I. Puleo, Esquire** \_\_\_\_\_
Thomas I. Puleo, Esquire
Attorney for Movant
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322
Fax (215) 825-6406