```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 14-02837-MDF
Rodger Joseph Gingco                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: PRadginsk      Page 1 of 1      Date Rcvd: Dec 15, 2016
                    Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2016.
db        +Rodger Joseph Gingco,   14 Musket Drive,   Gettysburg, PA 17325-6408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2016 at the address(es) listed below:
         Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
         Craig H Fox   on behalf of Creditor   Mariner Finance, LLC
          Bankruptcy@Foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com,   cfox@foxandfoxlaw.com
         Joshua I Goldman   on behalf of Creditor   Wilmington Savings Fund Society, Et Al...
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Michael John Csonka   on behalf of Debtor Rodger Joseph Gingco office@csonkalaw.com,
          kwhitsel@csonkalaw.com
         Thomas I Puleo   on behalf of Creditor   Wilmington Savings Fund Society, Et Al...
          tpuleo@goldbecklaw.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
         William Edward Miller   on behalf of Creditor   OCWEN LOAN SERVICING, LLC
          wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                                          TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:** RODGER JOSEPH GINGCO, | | Chapter | 13 |
| | Debtor(s) | Case Number: | 1:14-bk-02837 |
| WILMINGTON SAVINGS FUND SOCIETY, et al., | | | |
| | Movant(s) | | |
| v | | | |
| RODGER JOSEPH GINGCO and CHARLES J. DEHART, III, ESQUIRE (TRUSTEE), | | Document No.: | 59 |
| | Respondent(s) | Nature of Proceeding: | Motion for Relief from Automatic Stay |

## ORDER TO CONTINUE

Upon consideration of the Request to Continue Hearing with Concurrence,

**IT IS HEREBY ORDERED THAT** the request is granted and the hearing is continued to January 24, 2017, at 9:30 a.m. in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, Third Floor, The Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Date: December 15, 2016

---

**Initial requests for a continuance of hearing ( L.B.F. 9013-4, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.**

**Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).**

**Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.**

**Photo identification is required upon entering.**

MDPA-Order to Continue.WPT REV 03/16