```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 14-02837-RNO
Rodger Joseph Gingco                                           Chapter 13
        Debtor                      CERTIFICATE OF NOTICE

District/off: 0314-1           User: LyndseyPr            Page 1 of 2             Date Rcvd: Apr 19, 2017
                               Form ID: pdf010            Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2017.
```
db             +Rodger Joseph Gingco,    14 Musket Drive,    Gettysburg, PA 17325-6408
cr             +Mariner Finance, LLC,    c/o Craig H. Fox, Esquire,    Fox and Fox Attorneys at Law, P.C.,
                 425 Swede Street,    One Montgomery Plaza, Suite 706,    Norristown, PA 19401-4852
cr             +OCWEN LOAN SERVICING, LLC,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3400
4524453        +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
4505955        +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
4505956        +CitiCards CBNA,    701 E 60th St N,    Sioux Falls, SD 57104-0432
4505957        +Comcast Keystone East,    P O Box 985,    Toledo, OH 43697-0985
4513845         Craig H. Fox, Esquire,    Fox and Fox Attorneys at Law PC,    706 One Montgomery Plaza,
                 425 Swede Street,    Norristown, PA 19401
4505958        +Cumberland Township Authority,    1370 Fairfield Rd,    Ste 2,   Gettysburg, PA 17325-7267
4505959        +Dennis E Uhlfelder DDS,    Green Spring Station,    10751 Falls Rd, Ste 435,
                 Lutherville Timonium, MD 21093-4550
4519060        +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4505961        +First National Bank Omaha,    P O Box 2557,    Omaha, NE 68103-2557
4517897        +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,   Omaha Ne 68197-0003
4505962        +GC Services LTD,    6330 Gulfton,   Houston, TX 77081-1198
4505965        +Mariner Finance,    3534 Brenbrook Dr,    Randallstown, MD 21133-4902
4514023        +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
4513709         Mariner Finance, LLC,    c/o Craig H. Fox, Esquire,    Fox and Fox Attorneys at Law, P.C.,
                 One Montgomery Plaza, Suite 706,    425 Swede Street,    Norristown, PA  19401
4505966         Ocwen Loan Servicing,    P O Box 24738,    West Palm Beach, FL 33416-4738
4505967        +Wells Fargo,    P O Box 6425,    Carol Stream, IL 60197-6425
4558507        +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4505952        +E-mail/Text: legal@arsnational.com Apr 19 2017 19:23:18      ARS National Svcs, Inc,
                 P O Box 463023,    Escondido, CA 92046-3023
4505951        +E-mail/Text: roy.buchholz@allianceoneinc.com Apr 19 2017 19:22:49       Alliance One Receivables,
                 P O Box 3107,    Southeastern, PA 19398-3107
4505963        +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 19:19:33      GECRB/Care Credit,
                 P O Box 965036,    Orlando, FL 32896-5036
4505964        +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 19:19:33      GECRB/Walmart,   BK Dept,
                 P O Box 103104,    Roswell, GA 30076-9104
4546978         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 19:26:22
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4854482        +E-mail/Text: kcm@yatb.com Apr 19 2017 19:22:51      YORK ADAMS TAX BUREAU,    PO BOX 15627,
                 YORK, PA 17405-0156
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4505953       ##+Bank of America,    P O Box 15026,    Wilmington, DE 19850-5026
4505954       ##+Bureau of Collection Recovery LLC,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
4505960       ##+Encore Receivable Mgmt Inc,    P O Box 1880,    Southgate, MI 48195-0880
                                                                                   TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:

```
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Craig H Fox    on behalf of Creditor    Mariner Finance, LLC
           Bankruptcy@Foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com,   cfox@foxandfoxlaw.com
          James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
           bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Michael John Csonka     on behalf of Debtor Rodger Joseph Gingco office@csonkalaw.com,
           kwhitsel@csonkalaw.com
          Thomas I Puleo    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William Edward Miller    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
           wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                         TOTAL: 8
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **RODGER JOSEPH GINGCO** | Chapter: 13 |
| Debtor(s) | Case Number: 1-14-02837-RNO |
| **CHARLES J. DEHART, III** | |
| **CHAPTER 13 TRUSTEE** | |
| Movant(s) | |
| vs. | |
| **RODGER JOSEPH GINGCO** | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Date: April 19, 2017

Case 1:14-bk-02837-RNO    Doc 74    Filed 04/21/17    Entered 04/22/17 00:49:49    Desc
Imaged Certificate of Notice    Page 3 of 3